# Western Type Foundry, Appellee, v. John Canham, Appellant.

## Gen. No. 22,362.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1916. Affirmed with damages. Opinion filed July 11, 1917.

## Statement of the Case.

Action by the Western Type Foundry, a corporation, plaintiff, against John Canham, defendant, on a promissory note. From a judgment for plaintiff for $1,043.81, defendant appeals.

BOWLES & BOWLES, for appellant.

VAIL & VETTE, for appellee.

MR. JUSTICE O'CONNOR delivered the opinion of the court.

## Abstract of the Decision.

COSTS, § 67*—*when statutory damages for delay are properly awarded.* Statutory damages for prosecuting an appeal for the purpose of delay are properly awarded where there is no evidence tending to sustain the defense in the trial court and the appeal was for further delay only.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.